8 Cir., 1956, 236 F.2d 260, 270, the trial court's order overruling Banks' motion to correct sentence is affirmed.

The clerk is hereby directed to issue mandate in the case on June 25, 1957, and our previous order admitting appellant to bail pending disposition of this appeal will be and hereby is terminated on that date, with direction hereby to appellant to surrender himself on or before that date to the warden of the prison from which he was released under our bail order, at such prison, to continue the serving of his sentence. A certified copy of the mandate in the case shall be sent by the clerk to the United States Attorney for the District of Minnesota for any necessary transmittal to the warden of the prison and as an incident in having the United States Attorney make report to the clerk as to whether appellant has duly surrendered himself in accordance with this order.

Jacob L. Morewitz, Newport News, Va., for appellant.

John W. Winston, Norfolk, Va. (Seawell, Johnston, McCoy & Winston, Norfolk, Va., on brief), for appellees.

Before PARKER, Chief Judge, and SOBELOFF and HAYNSWORTH, Circuit Judges.

PER CURIAM.

This is an appeal from a decree for the vessel in a suit by a seaman to recover wages and waiting time under 46 U.S. C.A. § 596. Appellant was discharged on August 3, 1947. He claims that $300 in earned wages was due him at that time. Libel was filed on March 24, 1955, more than seven years later, claiming waiting time in the sum of $30,545. No reason was alleged for the delay in instituting suit; and we think that the District Judge properly held that the claim was barred by laches. Redman v. United States, 2 Cir., 176 F.2d 713; Hughes v. Roosevelt, 2 Cir., 107 F.2d 901; The Sydford, 2 Cir., 86 F.2d 611.

Affirmed.

**Aniano Cruz GONZALES, Appellant,**

v.

**Panamanian ss THE ARCHANGELOS, formerly the Honduran ss Dolly Madison, her boats, engines, tackle, apparel, etc., et al., Appellees.**

**No. 7408.**

United States Court of Appeals Fourth Circuit.

Argued May 31, 1957.

Decided June 12, 1957.

